# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

The Trustees of the Minnesota Cement Masons and Plasterers Fringe Benefit Funds,

Plaintiffs,

vs.

Peggy Hanson, individually and d/b/a Hanson Masonry and Concrete,

Defendant.

Civil File No. 00-1521 ADM/SRN

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Rosene, Haugrud & Staab, Chartered, by Andrew E. Staab, Esq., of St. Paul, Minnesota, appeared for Plaintiffs.

Nobody appeared for Defendant.

This matter came on for hearing before the Court on August 30, 2000, on Plaintiffs' motion for entry of Defendant's default, for default judgment, and for an Injunction.

Upon all files, records and proceedings herein, the Court makes the following:

### FINDINGS OF FACT

1. The Defendant was served with the Summons and Complaint in the present action on June 26, 2000.
2. That Defendant is neither an infant nor an incompetent person.
3. That Defendant has failed to Answer, or otherwise defend, and is in default.
4. Defendant is signatory to the Collective Bargaining Agreement between the Duluth Contractors Association and the Minnesota Cement Masons, Plasterers and Shophands Local No. 663.

AUG 31 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD AUG 31 2000
DEPUTY CLERK

5. Pursuant to the above-referenced Collective Bargaining Agreement, Defendant is obligated to submit to Plaintiffs' Third-Party Administrator ("TPA") monthly fringe benefit contribution Report Forms indicating the fringe benefit contribution payment amounts due for the prior month.

6. Plaintiffs' TPA conducts periodic fringe benefit compliance audits to determine the veracity of employer monthly reporting of fringe benefit contribution payments.

7. Pursuant to the July 2000 fringe benefit Report Form submitted by Defendant, attached hereto, the unpaid fringe benefit contributions are in the amount of $3,972.96, plus liquidated damages in the amount of $397.30, for a subtotal of $4,370.26.

Based on its review, the Court reaches the following:

**CONCLUSIONS OF LAW**

1. That Plaintiffs' motion for entry of Defendant's default and for default judgment pursuant to Rule 55 of the Federal Rules of Civil Procedure is granted.

Based on the foregoing, IT IS HEREBY ORDERED:

**ORDER FOR DEFAULT JUDGMENT**

That Defendant is in default, and Plaintiffs are entitled to judgment against Defendant in the amount of $5,345.01, representing delinquent fringe benefit contribution payments in the amount of $3,972.96, liquidated damages in the amount of $397.30, attorney fees in the amount of $800.00, and costs in the amount of $174.75 ($3,972.96 + $97.30 + $800.00 + $174.75=$5,345.01).

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: August 31, 2000

Honorable Ann D. Montgomery
United States District Judge

H:\Labor\7000_7080 Cement Masons\7040.83 Hanson\Docs\revised Find & Order.doc